UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

JOANN WEDLAW,           ) CV 08-00051-SH
                       )
      Plaintiff,      ) JUDGMENT
                       )
vs.                    )
                       )
                       )
MICHAEL J. ASTRUE,     )
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION)
J                      )
      Defendant,      )
_____)

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: January 22, 2009

/ s /
_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE